# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sakima Iban Salih El Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00272-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Joan Kennedy | ) | |
| C. Ashley Lamm | | |
| Edward Yeager | | |
| Pat McCrory | | |
| Salome Iora Salih El Bey, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2015 Order.

Signed: July 7, 2015

Frank G. Johns, Clerk
United States District Court